UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Mack Juide,

    Plaintiff,

v.                                                                      Case No. 19-12029

Michigan Department of Corrections, *et al.*,      Sean F. Cox
                                                                          United States District Court Judge

    Defendants.
_____/

## ORDER
## ADOPTING REPORT AND RECOMMENDATION (ECF NO. 32) AND DENYING MDOC'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 29)

This matter was referred to Magistrate Judge Anthony Patti for all pretrial proceedings. Thereafter, Defendant Michigan Department of Corrections ("MDOC") filed a Motion for Summary Judgment. (ECF No. 29).

In a Report and Recommendation issued on December 21, 2021, the magistrate judge recommends that the Court deny the MDOC's Motion for Summary Judgment. (ECF No. 32).

The time permitted for the parties to file objections to that Report and Recommendation has passed and no objections were filed.

Accordingly, the Court hereby ADOPTS the December 21, 2021 Report and Recommendation and ORDERS that Defendant MDOC's Motion for Summary Judgment is DENIED.

IT IS SO ORDERED.

                                                        s/Sean F. Cox
                                                        Sean F. Cox
                                                        United States District Judge

Dated: January 19, 2022